ACCEPTED
14-15-00527-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/28/2015 5:26:26 PM
CHRISTOPHER PRINE
CLERK

# IN THE
# FOURTEENTH COURT OF APPEALS
# OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/28/2015 5:26:26 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| **VINCENT EDWARD BROUSSARD** | § | **CASE NO. 14-15-00526-CR** |
| | § | **CASE NO. 14-15-00527-CR** |
| | § | |
| **VS.** | § | On Appeal From Harris County |
| | § | Cause No. 1444909 & |
| | § | Cause No. 1447644 |
| | § | 184TH District Court |
| **THE STATE OF TEXAS** | § | |

## COURT-APPOINTED COUNSEL'S MOTION TO WITHDRAW

TO THE COURT OF APPEALS:

Cheri Duncan, Assistant Public Defender in the Harris County Public Defender's Office, moves to withdraw as court-appointed attorney of record for the Appellant, VINCENT EDWARD BROUSSARD, in this case.

## I.

Counsel is filing, simultaneously with this motion, a Brief for Appellant, in which she argues that there are no non-frivolous issues to be raised in Appellant's appeal. *See Anders v. California*, 386 U.S. 738 (1967).

For the reasons described in the brief, counsel moves that she be allowed to withdraw from representing Appellant further in this appeal. If this Court grants her motion, counsel will attempt to inform the Appellant of the result of his appeal and will also attempt to inform the Appellant that he may, on his own, pursue discretionary review in the Court of Criminal Appeals. *See Ex parte Wilson*, 956 S.W.2d

25, 27 (Tex. Crim. App. 1997).

## II.

Counsel will send Appellant the trial court record, and requests the Court to grant Appellant additional time to file a pro se brief in addition to the brief that counsel is filing with this motion. Counsel will deliver to Appellant, by Certified Mail – RRR, a copy of this motion, as well as a copy of the Brief for Appellant brief and a copy of the entire appellate record.

## PRAYER

For these reasons, counsel moves that she be allowed to withdraw as court-appointed attorney of record for the Appellant, VINCENT EDWARD BROUSSARD.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

*/s/ Cheri Duncan*

_____

**CHERI DUNCAN**
Assistant Public Defender
Harris County Texas
1201 Franklin 13th Floor
Houston Texas 77002
Texas Bar No. 06210500
(713) 368-0016
(713) 368-9278 (Fax)
cheri.duncan@pdo.hctx.net

Attorney for Appellant

## CERTIFICATE OF SERVICE

I certify that a copy of this brief was served electronically on the Harris County District Attorney's Office on December 28, 2015.

/s/ *Cheri Duncan*

_____

Cheri Duncan